### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTAN CLARK,<br><br>*Plaintiff*<br><br>-v-<br><br>DOLLAR TREE STORES, INC., FAMILY DOLLAR STORES, INC., FAMILY DOLLAR, INC., REVOLENT CAPITAL SOLUTIONS d/b/a THE FACILITIES GROUP, RCS IWC HOLDINGS, LLC, MTC FACILITY MAINTENANCE, LLC and PURESAN HOLDINGS, LLC d/b/a NATIONAL JANITORIAL SERVICES,<br><br>*Defendants* | Docket no.: |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§1332(a), 1441(b), and 1446, Family Dollar Stores of Pennsylvania, LLC (improperly named Dollar Tree Stores, Inc., Family Dollar Stores, Inc., and Family Dollar, Inc.) removes this civil action from the Philadelphia County Court of Common Pleas, because Family Dollar Stores of Pennsylvania, LLC is a foreign limited liability company which is diverse to Plaintiff, and the amount in controversy exceeds the jurisdictional minimum. As a short and plain statement of the grounds for removal, Family Dollar Stores of Pennsylvania, LLC states the following:

## PLAINTIFF'S CLAIMS

1. On August 8, 2024, in the Philadelphia County Court of Common Pleas, Plaintiff commenced the civil action, *Kristan Clark v. Dollar Tree Stores, Inc., Family Dollar Stores, Inc., Family Dollar, Inc., Revolent Capital Solutions d/b/a The Facilities Group, RCS IWC Holdings,*

*LLC, MTC Facility Maintenance, LLC and Puresan Holdings, LLC d/b/a National Janitorial Services, August 2024 Term, Docket no. 1136*. Plaintiff's Complaint is attached hereto as Ex. A.[1]

2. Plaintiff alleges that she sustained injuries while shopping inside the Family Dollar at 3290 Chichester Ave., Boothwyn, Pennsylvania on September 10, 2022.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

3. This Court has diversity jurisdiction over this action under 28 U.S.C. §1332(a), which provides, in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States . . . ."

## CITIZENSHIP

4. Plaintiff alleges that she is a citizen of Pennsylvania and resides at 915 Anderson St., Trainer, Pennsylvania. (Ex. A, Compl. at ¶ 1).

5. Family Dollar Stores of Pennsylvania, LLC is, and was on September 10, 2022, the operator and lessee of the Family Dollar store at 3290 Chichester Ave., Boothwyn, Pennsylvania. With respect to citizenship:

    a) Family Dollar Stores of Pennsylvania, LLC's sole member is Family Dollar Stores Holdings II, LLC;

    b) Family Dollar Stores Holdings II, LLC's sole member is Family Dollar Stores Holdings, LLC;

    c) Family Dollar Stores Holdings, LLC's sole member is Family Dollar Stores, LLC;

    d) Family Dollar Stores, LLC's sole member is Dollar Tree Stores, Inc. Dollar Tree Stores, Inc. is a Virginia corporation with its principal place of business located at 500 Volvo Way, Chesapeake, Virginia.

Accordingly, Family Dollar Stores of Pennsylvania, LLC is a citizen of Virginia.

---

[1] No other pleadings have been filed.

6. Improperly named defendant, Dollar Tree Stores, Inc., is a Virginia corporation with its principal place of business located at 500 Volvo Way, Chesapeake, Virginia. It is a citizen of Virginia.

7. Improperly named defendant, Family Dollar Stores, Inc., is not an active legal entity. Therefore, it is not a citizen of anywhere.

8. Improperly named defendant, Family Dollar, Inc., is not an active legal entity. Therefore, it is not a citizen of anywhere.

9. Revolent Capital Solutions d/b/a The Facilities Group is alleged by Plaintiff to be a citizen of Florida. (Ex. A, Compl. at ¶ 5).

10. RCS IWC Holdings, LLC is alleged by Plaintiff to be a citizen of Florida. (Ex. A, Compl. at ¶ 6).

11. MTC Facility Maintenance, LLC is alleged by Plaintiff to be a citizen of New Jersey. (Ex. A, Compl. at ¶ 7).

12. Puresan Holdings, LLC d/b/a National Janitorial is alleged by Plaintiff to be a citizen of Florida. (Ex. A, Compl. at ¶ 8).

13. Complete diversity of citizenship exists.

**AMOUNT IN CONTROVERSY**

14. Plaintiff expressly demands damages in excess of $50,000 in compensation for injuries, which include herniations and bulges in multiple levels of her lumbar spine and cervical radiculopathy, all of which may continuing medical care into the future. (Ex. A, Compl., ¶¶ 28-29).

15. Accordingly, the amount in controversy exceeds the jurisdictional minimum.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

16. Pursuant to 28 U.S.C. § 1446(b)(1), a "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

17. Family Dollar Stores of Pennsylvania, LLC's first "receipt" of a copy of the complaint, by way of defense counsel, occurred on August 13, 2024.

18. Family Dollar Stores of Pennsylvania, LLC has filed the instant Notice of Removal within the time frame set forth in 28 U.S.C. § 1446(b)(1).

19. The United States District Court for the Eastern District of Pennsylvania is the proper venue for removal of this action because it is the district in which the state court action is pending. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

20. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of process, pleadings, and orders from the state court action are being filed with this Notice of Removal as Ex. A.

21. Notice of the filing of this Notice is being served on the adverse parties as required by 28 U.S.C. § 1446(d).

22. A true and correct time stamped copy of this Notice will be filed with the Philadelphia County Court of Common Pleas, as required by 28 U.S.C. § 1446(d).

23. By this Notice of Removal, Family Dollar Stores of Pennsylvania, LLC does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Family Dollar Stores of Pennsylvania, LLC intends no admission of fact, law, or liability by this Notice of Removal, and expressly reserves all defenses, motions and/or pleas.

WHEREFORE, Family Dollar Stores of Pennsylvania, LLC herein requests that this Court effect the removal of this action from the Philadelphia County Court of Common Pleas to this Court.

                              Respectfully Submitted,

                              */s/ Raymond J. Hunter*

                              Raymond J. Hunter, Esquire
                              SEGAL McCAMBRIDGE SINGER & MAHONEY
                              PA Attorney Identification No. 87797
                              rhunter@smsm.com
                              1650 Market Street, Suite 3600
                              Philadelphia, PA  19103-7286
                              Phone: 215-972.8015

Date:  8/19/24

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served, on this 19th day of August, 2024, as follows:

### **Via email**

Sean E. Quinn, Esquire
sean@quinnlawyers.com
David M. Simon, Esquire
david@quinnlawyers.com
Quinn Law Group, LLC
226 Walnut Street
Philadelphia PA 19106
*Attorney for Plaintiff*

### **Via regular mail**

All remaining, non-moving defendants, Revolent Capital Solutions d/b/a The Facilities Group, RCS IWC Holdings, LLC, MTC Facility Maintenance, LLC and Puresan Holdings, LLC d/b/a National Janitorial Services, at the addresses listed in Plaintiff's complaint.

*/s/ Raymond J. Hunter*

Raymond J. Hunter, Esquire
SEGAL McCAMBRIDGE SINGER & MAHONEY
PA Attorney Identification No. 87797
rhunter@smsm.com
1650 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Phone: 215-972.8015